BINGHAM McCUTCHEN LLP

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------ X

BRASSICA PROTECTION PRODUCTS
LLC,,                                                            :          602664/07

             Plaintiff,                                   :          INDEX NO. ~~602662/07~~

      -against-                                                   :          **AFFIDAVIT OF SERVICE**

CAUDILL SEED & WAREHOUSE CO., INC.   :
d/b/a CAUDILL SEED CO.,

           Defendant.                                   :
------------------------------------------------ X|

COMMONWEALTH OF KENTUCKY        )
                                  ) ss.
COUNTY OF JEFFERSON                                )

Adam Bibelhauser, being duly sworn, deposes and says that he is employed by the law

firm of Stites & Harbison PLLC, over the age of 18 years, and not a party to this action.

On August 7, 2007, at approximately 4:22 p.m., deponent served the annexed Summons

and Complaint upon **CAUDILL SEED & WAREHOUSE CO., INC. d/b/a CAUDILL SEED**

**CO.** by personally delivering and leaving a copy of the documents with Iris Mudd who identified

herself as a manager and authorized to accept service.

Ms. Mudd is a white female, shoulder length graying red hair, approximately 65-70 years

old, approximately 5'8" tall, 130-140 pounds, wears glasses, and no distinguishing facial marks.

Service was made at CAUDILL SEED & WAREHOUSE CO., INC. d/b/a CAUDILL

SEED CO., 1402 West Main Street, Louisville, Kentucky 40203.

Sworn to before me this
7th day of August, 2007

                                    Adam Bibelhauser

Commission expires: 3/20/2008

**FILED**

AUG 1 3 2007

COUNTY CLERK'S OFFICE
NEW YORK