DUANE MORRIS LLP
Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

and

GREENEBAUM DOLL & MCDONALD PLLC
Janet P. Jakubowicz (pro hac application to be filed)
Jesse A. Mudd (pro hac application to be filed)
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3197
(502) 589-4200

Attorneys for Defendant
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRASSICA PROTECTION PRODUCTS LLC,       :
                                        :    Civil Action No. 07 CIV 07845
                                        :    (DC) (MHD)
               Plaintiff,               :
                                        :    **RULE 7.1 DISCLOSURE**
       -against-                        :    **STATEMENT**
                                        :
                                        :
CAUDILL SEED & WAREHOUSE CO., INC.      :    ECF CASE
d/b/a CAUDILL SEED CO.,                 :
               Defendant.               :
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Caudill Seed & Warehouse Co., Inc. (private non-governmental corporate party), certifies that it is a privately held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, N.Y.
September 6, 2007

DUANE MORRIS LLP

By: _____
Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

and

GREENEBAUM DOLL & MCDONALD PLLC
Janet P. Jakubowicz (pro hac application to be filed)
Jesse A. Mudd (pro hac application to be filed)
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3197
(502) 589-4200

Attorneys for Defendant
Caudill Seed & Warehouse Co. Inc.
d/b/a Caudill Seed Co.