Richard S. Taffet
Edward L. Powers
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*
*Brassica Protection Products LLC*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRASSICA PROTECTION PRODUCTS LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CAUDILL SEED & WAREHOUSE CO., INC.<br>d/b/a CAUDILL SEED CO.,<br><br>Defendant. | 07 Civ. 7845 (DC)<br><br>**CERTIFICATE OF SERVICE** |

David Marcus, an attorney admitted to practice before this Court hereby certifies that on this the 6th day September, 2007 I caused the Notice of Dismissal to be served and filed by electronic means, via the Court's CM/ECF system, in accordance with the procedures promulgated by the Court, I further certify that I caused a copies of document to be served by first Class Mail on the following:

Gregory P. Guila, Esq.
Vanessa C. Hew, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

Janet P. Jakubowicz, Esq.
Jesse A. Mudd, Esq.
Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3197

_David Marcus_

A/72200535.1