Richard S. Taffet
Edward L. Powers
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*
*Brassica Protection Products LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRASSICA PROTECTION PRODUCTS LLC,<br><br>        Plaintiff,<br><br>    -against-<br><br>CAUDILL SEED & WAREHOUSE CO., INC.<br>d/b/a CAUDILL SEED CO.,<br><br>        Defendant. | 07 Civ. 7845 (DC)<br><br>**NOTICE OF DISMISSAL** |

   PLEASE TAKE NOTICE THAT, whereas defendant has not served an answer or motion for summary judgment in this action, plaintiff Brassica Protection Products LLC hereby voluntarily dismisses this action without prejudice as against defendant Caudill Seed & Warehouse Co., Inc. d/b/a Caudill Seed Co. pursuant to Fed. R. Civ. P. 41(a)(1)(i).

A/72197765.1

Respectfully submitted,

Dated: September 6, 2007

*[signature]*

Richard S. Taffet
Edward L. Powers
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*
*BRASSICA PROTECTION PRODUCTS LLC*

SO ORDERED:

*[signature]*
U.S.D.J.